UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-CR-271-BR
No. 5:12-CV-198-BR

| | |
|---|---|
| ALBERT EDGERTON, ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| UNITED STATES OF AMERICA, ) | |
|     Respondent. ) | |

This matter is before the court on petitioner's *pro se* motion for a certificate of appealability from the court's orders dismissing his § 2255 motion and denying his Rule 60 motion. In the order dismissing petitioner's § 2255 motion, the court declined to issue a certificate of appealability. (DE # 153 at 6.) To the extent the motion requests a certificate of appealability to obtain review of the order denying the Rule 60 motion, the court finds that petitioner has not made "a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), and the motion is DENIED.

This 10 August 2012.

                                            W. Earl Britt
                                            Senior U.S. District Judge